IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARL EDWARD BELL,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 1:25-cv-378 |
| **HOWARD SISSEMM, Superintendent at SCI Forest State Prison,** *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM ORDER

This civil action was initiated on December 29, 2025 by Carl Edward Bell, an inmate at SCI Forest, who has filed a motion for preliminary injunction / motion for order to show cause and supporting brief. *See* ECF Nos. 1 and 2. The matter was assigned and referred to Chief United States Magistrate Judge Richard A. Lanzillo for all pretrial matters and for report and recommendations ("R&R") in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On January 16, 2026, Judge Lanzillo issued an R&R recommending that the Plaintiff's motion for a preliminary injunction be denied without prejudice because no complaint has been filed yet in this matter and, therefore, this Court lacks jurisdiction to entertain Plaintiff's request for injunctive relief. ECF No. 5. Objections to the R&R were due on or before February 2, 2026.

No objections having been filed by the date of this Order, and upon independent review of the record and *de novo* consideration of the Chief Magistrate Judge's Report and Recommendation, of January 16, 2026, it is hereby ORDERED that:

1.  Judge Lanzillo's R&R, ECF No. [5], is ADOPTED as the opinion of this Court.

1

2. Plaintiff's Motion for Preliminary Injunction/Motion for Order to Show Cause, ECF No. [1] is DISMISSED without prejudice for lack of jurisdiction.

3. The Clerk is directed to mark this case "Administratively Closed" until such time as Plaintiff submits a complaint to the Clerk of Court, along with (a) the appropriate administrative and filing fees or (b) an appropriately supported motion for leave to proceed *in forma pauperis*.

4. Once Plaintiff's complaint is filed and service is effectuated or waived by the named Defendants, Plaintiff may then renew his request for injunctive relief, if warranted.

ENTERED AND ORDERED THIS 11th DAY OF FEBRUARY, 2026.

*Susan Paradise Baxter*
SUSAN PARADISE BAXTER
United States District Judge